# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **BRENDA FORMAN,** | : | | |
| | Plaintiff | : | No.  2:24-CV-00266 |
| | | : | |
| v. | | : | **Judge Ranjan** |
| | | : | |
| **AL SCHMIDT,** | | : | **Electronically Filed Document** |
| | Defendant | : | |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant's Motion to Withdraw Waiver of Service, it is hereby ORDERED that said motion is GRANTED. Defendant's Waiver of Service is withdrawn. A responsive pleading shall be filed on or before April 2, 2024.

_____
**HONORABLE J. NICHOLAS RANJAN**
**United States District Judge**